FILED

04/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0572

———————————

SCARLET VAN GARDEREN, a minor by and
through her guardians, Jessica van Garderen and Ewout
van Garderen; JESSICA VAN GARDEREN, an
individual; EWOUT VAN GARDEREN, an individual;
PHOEBE CROSS, a minor by and through his
guardians Molly Cross and Paul Cross; MOLLY
CROSS, an individual; PAUL CROSS, an individual;
JANE DOE, an individual; JOHN DOE, an individual;
JUANITA HODAX, on behalf of herself and her
patients, KATHERINE MISTRETTA, on behalf of
herself and her patients,

        Plaintiffs and Appellees,

   v.

STATE OF MONTANA; GREGORY GIANFORTE,
in his official capacity as Governor of the State of
Montana; AUSTIN KNUDSEN, in his official capacity
as Attorney General; MONTANA BOARD OF
MEDICAL EXAMINERS; MONTANA BOARD OF
NURSING; MONTANA DEPARTMENT OF PUBLIC
HEALTH AND HUMAN SERVICES; CHARLIE
BRERETON, in his official capacity as Director of the
Montana Department of Public Health and Human
Services,

        Defendants and Appellants.

O R D E R

———————————

Upon consideration of the motion for leave to file an amicus brief filed by the
Academy of Pediatrics and Additional National and State Medical and Mental Health
Organizations, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Amici are granted leave
to file an amicus brief on or before April 11, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 9 2024